VAN COTT, BAGLEY, CORNWALL & McCARTHY
Stephen K. Christiansen (6512)
Bradley M. Strassberg (7994)
50 South Main Street, Suite 1600
Post Office Box 45340
Salt Lake City, Utah 84145-0340
Telephone: (801) 532-3333
Facsimile: (801) 534-0058

*Attorneys for Plaintiff*
   *PurCo Fleet Services, Inc.*

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

## CENTRAL DIVISION

| | |
|---|---|
| PURCO FLEET SERVICES, INC., | **STIPULATION FOR DISMISSAL** |
| Plaintiff, | |
| | Civil No. 2:03CV00893 |
| vs. | |
| | Honorable Bruce S. Jenkins |
| P.V.C., INC., | |
| Defendant. | |

Plaintiff PurCo Fleet Services, Inc. and defendant P.V.C., Inc, by and through their respective counsel, stipulate and agree that, based upon agreement between the parties, this action should be dismissed with prejudice, each party to bear its own costs, expenses and attorney's fees, except as may otherwise be provided in the agreement between the parties.

299:283502v1

DATED this 22ND day of January, 2004.

        VAN COTT, BAGLEY, CORNWALL & McCARTHY

        By _____
         Stephen K. Christiansen
         Bradley M. Strassberg
         Attorneys for Plaintiff

DATED this 22nd day of January, 2004.

        FABIAN & CLENDENIN

        By _____
         Joan M. Andrews
         Attorneys for Defendant